UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2019 JAN 16 PM 1:31

SOUTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:19-cr-0018 JPH-TAB |
| v. | ) Cause No. 1:19-cr- | |
| CRISTIAN GUTIERREZ-ALVAREZ, | ) | -01 |
| TONY LNU, | ) | -02 |
| MARIO GUSTAVO GUZMAN-RUBIO, | ) | -03 |
| JORGE TADEO, | ) | -04 |
|     a/k/a Panda, | ) | |
| JOSE CASTILLO-PARDO, | ) | -05 |
|     a/k/a Negro, | ) | |
| LEONIDAS CAMACHO-SOTO, | ) | -06 |
| ROLFI GONZALEZ, | ) | -07 |
| BETY VIRGEN-TADEO, | ) | -08 |
| MARIO TADEO, | ) | -09 |
|     a/k/a Gordo, | ) | |
| JULIO CESAR CORDOVA-GALINDO, | ) | -10 |
| VERONICA SIORDIA-CORTEZ, and | ) | -11 |
| KAYLA NAVARRO, | ) | -12 |
| Defendants. | ) | |

## INDICTMENT

## COUNT ONE

**[Conspiracy to Distribute Controlled Substances – 21 U.S.C. § 846]**

The Grand Jury charges that:

From on or about November 1, 2018 through January 16, 2019, in the Southern District of Indiana, Indianapolis Division, CRISTIAN GUTIERREZ-ALVAREZ, TONY LNU, MARIO GUSTAVO GUZMAN-RUBIO, JORGE TADEO, a/k/a Panda, JOSE CASTILLO-PARDO, a/k/a Negro, LEONIDAS CAMACHO-SOTO, ROLFI GONZALEZ, BETY VIRGEN-TADEO, MARIO TADEO, a/k/a

1

Gordo, JULIO CESAR CORDOVA-GALINDO, VERONICA SIORDIA-CORTEZ, and KAYLA NAVARRO, did knowingly and intentionally conspire together and with other persons, known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

## MANNER AND MEANS

The charged conspiracy operated in the following manner:

1. CRISTIAN GUTIERREZ-ALVAREZ ("GUTIERREZ-ALVAREZ") directed the activities of a methamphetamine trafficking organization that operated in Indianapolis, Indiana and Medford, Oregon.

2. TONY LNU distributed methamphetamine for GUTIERREZ-ALVAREZ in both Indianapolis and Medford.

3. MARIO GUSTAVO GUZMAN-RUBIO ("GUZMAN-RUBIO") served as a drug runner for GUTIERREZ-ALVAREZ in Indianapolis.

4. JORGE TADEO, JOSE CASTILLO-PARDO, a/k/a Negro ("CASTILLO-PARDO"), LEONIDAS CAMACHO-SOTO ("CAMACHO-SOTO"), ROLFI GONZALEZ ("GONZALEZ"), and BETY VIRGEN-TADEO ("VIRGEN-TADEO") distributed methamphetamine for GUTIERREZ-ALVAREZ in Indianapolis.

5. MARIO TADEO introduced JORGE TADEO to GUTIERREZ-ALVAREZ so that JORGE TADEO could purchase methamphetamine from GUTIERREZ-ALVAREZ.

6. JULIO CESAR CORDOVA-GALINDO ("CORDOVA-GALINDO") managed GUTIERREZ-ALVAREZ' methamphetamine trafficking operation in Medford.

7. VERONICA SIORDIA-CORTEZ ("SIORDIA-CORTEZ") stored and distributed methamphetamine for GUTIERREZ-ALVAREZ in Medford.

8. KAYLA NAVARRO ("NAVARRO") distributed methamphetamine for GUTIERREZ-ALVAREZ in Medford.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to distribute methamphetamine, the members of the conspiracy did commit, among others, the following overt acts:

1. On November 9, 2018, MARIO TADEO provided JORGE TADEO with the telephone number for GUTIERREZ-ALVAREZ, so that JORGE TADEO could obtain one pound of methamphetamine for distribution.

2. On November 9, 2018, GUTIERREZ-ALVAREZ agreed to deliver one pound of methamphetamine to JORGE TADEO.

3. On November 20, 2018, at the direction of GUTIERREZ-ALVAREZ and NAVARRO, CORDOVA-GALINDO delivered approximately seven ounces of methamphetamine to another individual outside of a WalMart store located at 3615 Crater Lake Avenue, Medford, Oregon.

4. On November 20, 2018, GUTIERREZ-ALVAREZ delivered approximately one pound of methamphetamine to CAMACHO-SOTO for

redistribution at a residence located at 1049 North Tremont Street, Indianapolis.

5.  On November 22, 2018, TONY LNU told GUTIERREZ-ALVAREZ that he had a methamphetamine customer in Indianapolis who wanted to purchase one pound of methamphetamine for $8,000.

6.  On November 28, 2018, at the direction of GUTIERREZ-ALVAREZ, GUZMAN-RUBIO delivered approximately one pound of methamphetamine to CASTILLO-PARDO for redistribution outside of a residence located at 1736 Wade Street, Indianapolis.

7.  On December 2, 2018, GUTIERREZ-ALVAREZ delivered approximately one pound of methamphetamine to GONZALEZ for redistribution at a parking lot located at 3605 Commercial Drive, Indianapolis.

8.  On or about December 2, 2018, at the direction of GUTIERREZ-ALVAREZ, TONY LNU delivered approximately two pounds of methamphetamine to SIORDIA-CORTEZ to stash at a location in the Medford, Oregon area.

9.  On December 11, 2018, GUTIERREZ-ALVAREZ delivered approximately one pound of methamphetamine to JORGE TADEO at a residence located at 948 North Arnolda Avenue, Indianapolis. JORGE TADEO subsequently delivered the methamphetamine to an individual known to the Grand Jury ("Individual #3") at 948 North Arnolda Avenue.

10. On December 16, 2018, GUTIERREZ-ALVAREZ delivered approximately one-half pound of methamphetamine to CASTILLO-PARDO at 1736 Wade Street, Indianapolis.

11. On January 8, 2019, VIRGEN-TADEO delivered approximately four ounces of methamphetamine to an individual known to the Grand Jury ("Individual #2") at the parking lot of a Kroger grocery store located at 5173 West Washington Street, Indianapolis.

## FORFEITURE ALLEGATIONS

1. The allegations in Count One this Indictment are realleged as if fully set forth here, for the purpose of giving the defendants notice of the United States' intent to seek forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of this Indictment, CRISTIAN GUTIERREZ-ALVAREZ, TONY LNU, MARIO GUSTAVO GUZMAN-RUBIO, JORGE TADEO, a/k/a Panda, JOSE CASTILLO-PARDO, a/k/a Negro, LEONIDAS CAMACHO-SOTO, ROLFI GONZALEZ, BETY VIRGEN-TADEO, MARIO TADEO, a/k/a Gordo, JULIO CESAR CORDOVA-GALINDO, VERONICA SIORDIA-CORTEZ, and KAYLA NAVARRO shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense of which he/she is convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense.

3. If convicted of the offense set forth in Count One of this Indictment, CRISTIAN GUTIERREZ-ALVAREZ, TONY LNU, MARIO GUSTAVO GUZMAN-RUBIO, JORGE TADEO, a/k/a Panda, JOSE CASTILLO-PARDO, a/k/a Negro, LEONIDAS CAMACHO-SOTO, ROLFI GONZALEZ, BETY VIRGEN-TADEO, MARIO TADEO, a/k/a Gordo, JULIO CESAR CORDOVA-GALINDO, VERONICA SIORDIA-CORTEZ, and KAYLA NAVARRO shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in such offense.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Bradley A. Blackington
Senior Litigation Counsel